**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

NYLOK, LLC,

    Plaintiff/Counter-Defendant,

v.                                                   Case No. 11-15177

KERB-KONUS-VERTRIEBS, GmbH
and KKV-SOFRAFIX S.A.,

    Defendants/Counter-Plaintiffs.
_____/

**ORDER SETTING TELEPHONE CONFERENCE**

On August 15, 2012, the court held a telephone conference with counsel for the parties. During the conference, counsel indicated that the parties have entered negotiations that may eventually result in a resolution of this matter. The court therefore suggested, and counsel agreed, that no activity in furtherance of this litigation shall be undertaken for the time being, in order to allow the parties to continue working towards settlement. The court will set a follow-up telephone conference to reassess the status of the litigation. Accordingly,

IT IS ORDERED that counsel for the parties shall participate in a telephone conference on **September 19, 2012, at 11:30 a.m. EDT**. The court will place the telephone call. Counsel should be prepared to discuss any further progress the parties have made with respect to a potential settlement agreement.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: August 20, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 20, 2012, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-15177.NYLOK.SetTelephoneConference.set.wpd