UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NYLOK, LLC,

    Plaintiff/Counter-Defendant,

v.                                                                      Case No. 11-15177

KERB-KONUS-VERTRIEBS-GMBH, et al.,

    Defendants/Counter-Claimants.
                                                        /

**ORDER DISMISSING WITHOUT PREJUDICE AND CLOSING THE CASE**

During a January 24, 2013, telephone conference, the parties stated that they have nearly concluded the terms of their settlement. Because both parties, and the court, agree that no further judicial supervision is necessary, the court will provisionally end the action. Accordingly,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE and that the case is CLOSED subject to the right of the parties to submit a stipulated form of final order or judgment or the right of either party to re-open the case and resume the action simply upon notice. The parties are directed, until they announce a settlement or re-open the case, to contact and update the court on **February 28**, **April 1**, and **May, 1, 2013**.

                                                     s/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: January 31, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2013, by electronic and/or ordinary mail.

                                                     s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522